UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                           Bankr. Case No. 21-15927

Mark S. Owen                                                                     Chapter 13

    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Daimler Trust hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Daimler Trust
        c/o BK Servicing, LLC
        PO Box 131265
        Roseville, MN  55113-0011


        BK Servicing, LLC

        By /s/ Ed Gezel_____

        Ed Gezel, Agent
        BK Servicing, LLC
        PO Box 131265
        Roseville, MN  55113-0011
        651-366-6390
        notices@bkservicing.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on August 4, 2021 :

Thomas G. Egner
Mcdowell Law, Pc
46 West Main Street
Maple Shade, NJ  08052

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ  08002

By /s/ Ed Gezel, Agent
    Ed Gezel

517779