| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Thomas G. Egner, Esquire<br>McDowell Law, PC<br>46 West Main Street<br>Maple Shade, NJ 08052<br>Tel: (856) 482-5544  Fax: (856) 482-5511<br>Email: tegner@mcdowelllegal.com | |
| In re:<br>    **Mark S. Owen** | Case No.: **21-15927**<br><br>Chapter: **13**<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: **ABA** |

## CERTIFICATION OF SERVICE

1. I, **Kristie Gresh**  :

    ☐ represent ___ in the this matter.

    ☑ am the secretary/paralegal for **Thomas Egner**, who represents **the debtor** in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On **September 17, 2021**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    **Order Respecting Amendment to Schedules**
    **Amendment to Voluntary Petition**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  **September 17, 2021**          **/s/ Kristie Gresh**
                                                                    Signature

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                                 Best Case Bankruptcy

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Amex**<br>**Correspondence/Bankruptcy**<br>**Po Box 981540**<br>**El Paso, TX 79998** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **American Express National Bank**<br>**Becket and Lee LLP**<br>**PO Box 3001**<br>**Malvern, PA 19355-0701** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Bank of America**<br>**Attn: Bankruptcy**<br>**Po Box 982234**<br>**El Paso, TX 79998** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Brian C. Nicholas**<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Atty for Creditor, Quicken Loans | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Capital One Bank Usa N**<br>**Attn: Bankruptcy**<br>**PO Box 30281**<br>**Salt Lake City, UT 84130** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Citibank/The Home Depot**<br>**Citicorp Credit Srvs/Centralized Bk dept**<br>**Po Box 790034**<br>**St Louis, MO 63179** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Department Store National Bank/Macy's**<br>**Po Box 6789**<br>**Sioux Falls, SD 57117** | Creditor | ☐ Hand-delivered<br>☑ Regular mail |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

*rev. 8/1/15*
Best Case Bankruptcy

| | | |
|---|---|---|
| | | ☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Daimler Trust**<br>**c/o BK Servicing, LLC**<br>**Po Box 131265**<br>**Roseville, MN 55113-0011** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Greensky, LLC**<br>**1797 Northeast Expressway**<br>**Suite 100**<br>**Atlanta, GA 30329** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Isabel Balboa<br>Chapter 13 Trustee<br>535 Route 38 Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Mercedes-Benz Financial Services**<br>**Attn: Bankruptcy**<br>**Po Box 685**<br>**Roanoke, TX 76262** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Mohela**<br>**Attn: Bankruptcy**<br>**633 Spirit Dr**<br>**Chesterfield, MO 63005** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          *rev. 8/1/15*          Best Case Bankruptcy

| | | |
|---|---|---|
| **Rocket Mortgage fka Quicken Loans**<br>**Attn: Bankruptcy**<br>**635 Woodward Avenue**<br>**Detroit, MI 48226** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **SoFi Lending Corp**<br>**2750 East Cootonwood Parkway Suite 300**<br>**Salt Lake City, UT 84121** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **State of New Jersey Division of Taxation**<br>**Bankruptcy Section**<br>**PO Box 245**<br>**Trenton, NJ 08695** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Resurgent Capital Services**<br>**PO Box 10587**<br>**Greenville, SC 29603-0587** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Volkswagen Credit, Inc**<br>**PO Box 9013**<br>**Addison, TX 75001** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Verizon by American Infosource as agent**<br>**4515 N Santa Fe Ave**<br>**Oklahoma City OK 73118** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

*rev. 8/1/15*
Best Case Bankruptcy