**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 21-15927-ABA** |
| **MARK S. OWEN** | § | |
| DEBTOR(S) | § | |
| | § | **CHAPTER 13** |
| | § | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Notice is hereby given that **VW Credit, Inc.**, ("Creditor"), is withdrawing its **Proof of Claim (Claim #11-1)** in the amount of **$3,665.41** filed on **September 13, 2021**, as the loan has been paid in full.

Dated: December 8, 2021

Respectfully submitted,
Bonial & Associates, P.C.

/s/ Craig A. Edelman
Craig A. Edelman
14841 Dallas Parkway, Suite 425
Dallas, Texas  75254
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: POCInquiries@BonialPC.com
Authorized Agent for VW Credit, Inc.

3225-N-8907

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bonial & Associates, P.C.
14841 Dallas Parkway
Suite 425
Dallas, Texas 75254
Telephone: (972) 643-6600
POCInquiries@BonialPC.com
Authorized Agent for Creditor

In Re:

Mark S. Owen

                                                              Debtor.

Case No : 21-15927-ABA

Chapter: 13

Judge: Andrew B. Altenburg, Jr.

## CERTIFICATION OF SERVICE

1.  I, <u>Craig A. Edelman</u>:

    ☑  represent the <u>Creditor</u> in this matter.

    ☐  am the secretary/paralegal for _____, who represents the

    _____ in this matter.

    ☐  am the _____ in this case and am representing myself.

2.  On <u>December 8, 2021</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the

    chart below.

    •  Withdrawal of Proof of Claim

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.


<u>December 8, 2021</u>                                    /s/ Craig A. Edelman
Date                                                            Signature


WITHDRAWAL OF PROOF OF CLAIM - CERTIFICATE OF SERVICE                                    3225-N-8907

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Mark S. Owen<br>419 Liberty Lane<br>Marlton, NJ 08053 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other: NEF, per D.N.J LBR 5005-1<br>(As authorized by the Court or by rule. Cite the rule if applicable. *) |
| Thomas G. Egner<br>McDowell Law, PC<br>46 West Main Street<br>Maple Shade, NJ 08052<br>tegner@mcdowelllegal.com | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Other: NEF, per D.N.J LBR 5005-1<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Isabel C. Balboa<br>535 Route 38, Suite 580<br>Cherry Hill, New Jersey 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Other: NEF, per D.N.J LBR 5005-1<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |

\*    May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

WITHDRAWAL OF PROOF OF CLAIM - CERTIFICATE OF SERVICE                    3225-N-8907