Printed on: 12/31/2021
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021
**Case Number: 21-15927 (ABA)**

Mark S. Owen
419 Liberty Lane
Marlton, NJ  08053

Monthly Payment: $2,748.58
Payments / Month: 1
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 08/03/2021 | $1,374.29 | 08/16/2021 | $1,374.29 | 09/07/2021 | $1,374.29 | 09/27/2021 | $1,374.29 |
| 10/12/2021 | $1,374.29 | 11/01/2021 | $1,374.29 | 11/29/2021 | $1,374.29 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | MARK S. OWEN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $4,250.00 | $4,250.00 | $0.00 | $0.00 |
| 1 | AMERICAN EXPRESS | 33 | $13,126.37 | $0.00 | $13,126.37 | $0.00 |
| 2 | AMERICAN EXPRESS | 33 | $1,168.74 | $0.00 | $1,168.74 | $0.00 |
| 3 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK USA N | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $5,679.73 | $0.00 | $5,679.73 | $0.00 |
| 6 | DEPARTMENT STORE NATIONAL BANK/MACY'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,019.36 | $0.00 | $1,019.36 | $0.00 |
| 8 | LVNV FUNDING, LLC | 33 | $246.23 | $0.00 | $246.23 | $0.00 |
| 9 | GREENSKY, LLC | 33 | $8,426.57 | $0.00 | $8,426.57 | $0.00 |
| 10 | DEPARTMENT OF THE TREASURY | 28 | $31,259.00 | $2,420.01 | $28,838.99 | $0.00 |
| 11 | MERCEDES-BENZ FINANCIAL SERVICES | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | MOHELA ON BEHALF OF SOFI | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | ROCKET MORTGAGE, LLC | 24 | $418.58 | $418.58 | $0.00 | $0.00 |
| 14 | LVNV FUNDING, LLC | 33 | $9,348.42 | $0.00 | $9,348.42 | $0.00 |
| 15 | STATE OF NEW JERSEY | 28 | $5,469.08 | $0.00 | $5,469.08 | $0.00 |
| 16 | TRANSUNION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | VW CREDIT LEASING, LTD | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | THOMAS G. EGNER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | DAIMIER TRUST | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | LVNV FUNDING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | MOHELA/SOFI | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | DEPARTMENT OF THE TREASURY | 33 | $23,284.91 | $0.00 | $23,284.91 | $0.00 |
| 25 | VW CREDIT LEASING, LTD | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | VERIZON BY AMERICAN INFOSOURCE | 33 | $68.52 | $0.00 | $68.52 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---:|---:|
| 08/01/2021 | 60.00 | $2,748.58 |
| 08/01/2026 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $9,620.03 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $1,723.36 |
| Arrearages: | $4,122.87 |
| Attorney: | MC DOWELL LAW, PC |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**