Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 21-15927 (ABA)

Mark S. Owen  
419 Liberty Lane  
Marlton, NJ  08053

Monthly Payment: $1,966.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/28/2022 | $1,374.29 | 03/28/2022 | $1,374.29 | 04/11/2022 | $1,374.29 | 04/25/2022 | $1,374.29 |
| 05/06/2022 | $1,374.29 | 05/23/2022 | $1,525.00 | 06/06/2022 | $1,500.00 | 06/21/2022 | $1,400.00 |
| 07/22/2022 | $2,000.00 | 08/26/2022 | $2,000.00 | 09/23/2022 | $2,000.00 | 10/28/2022 | $2,000.00 |
| 11/28/2022 | $2,000.00 | 12/27/2022 | $2,000.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | MARK S. OWEN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $4,250.00 | $4,250.00 | $0.00 | $4,250.00 |
| 0 | MC DOWELL LAW, PC | 13 | $730.00 | $730.00 | $0.00 | $0.00 |
| 1 | AMERICAN EXPRESS | 33 | $13,126.37 | $0.00 | $13,126.37 | $0.00 |
| 2 | AMERICAN EXPRESS | 33 | $1,168.74 | $0.00 | $1,168.74 | $0.00 |
| 3 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK USA N | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $5,679.73 | $0.00 | $5,679.73 | $0.00 |
| 6 | DEPARTMENT STORE NATIONAL BANK/MACY'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,019.36 | $0.00 | $1,019.36 | $0.00 |
| 8 | LVNV FUNDING, LLC | 33 | $246.23 | $0.00 | $246.23 | $0.00 |
| 9 | GREENSKY, LLC | 33 | $8,426.57 | $0.00 | $8,426.57 | $0.00 |
| 10 | DEPARTMENT OF THE TREASURY | 28 | $31,259.00 | $19,486.75 | $11,772.25 | $2,420.01 |
| 11 | MERCEDES-BENZ FINANCIAL SERVICES | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | MOHELA ON BEHALF OF SOFI | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | ROCKET MORTGAGE, LLC | 24 | $418.58 | $418.58 | $0.00 | $418.58 |
| 14 | LVNV FUNDING, LLC | 33 | $9,348.42 | $0.00 | $9,348.42 | $0.00 |
| 15 | STATE OF NEW JERSEY | 28 | $5,469.08 | $3,426.17 | $2,042.91 | $0.00 |
| 16 | TRANSUNION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | VW CREDIT LEASING, LTD | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | THOMAS G. EGNER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | DAIMIER TRUST | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | LVNV FUNDING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | MOHELA/SOFI | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | DEPARTMENT OF THE TREASURY | 33 | $23,284.91 | $0.00 | $23,284.91 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 25 | VW CREDIT LEASING, LTD | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | VERIZON BY AMERICAN INFOSOURCE | 33 | $68.52 | $0.00 | $68.52 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2021 | 10.00 | $0.00 |
| 06/01/2022 | Paid to Date | $19,516.48 |
| 07/01/2022 | 1.00 | $1,949.00 |
| 08/01/2022 | 48.00 | $1,966.00 |
| 08/01/2026 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $23,296.45 |
| Total paid to creditors this period: | $7,088.59 |
| Undistributed Funds on Hand: | $1,828.00 |
| Arrearages: | ($1,621.00) |
| Attorney: | MC DOWELL LAW, PC |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**