Printed on: 12/31/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 21-15927 (ABA)

Mark S. Owen  
419 Liberty Lane  
Marlton, NJ  08053

Monthly Payment: $1,966.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/26/2024 | $2,000.00 | 02/26/2024 | $2,000.00 | 03/22/2024 | $2,000.00 | 04/26/2024 | $2,000.00 |
| 05/24/2024 | $2,000.00 | 06/28/2024 | $2,000.00 | 07/26/2024 | $2,000.00 | 08/23/2024 | $2,000.00 |
| 09/27/2024 | $2,000.00 | 10/25/2024 | $2,000.00 | 11/22/2024 | $2,000.00 | 12/30/2024 | $2,000.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | MARK S. OWEN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $4,250.00 | $4,250.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $730.00 | $730.00 | $0.00 | $0.00 |
| 1 | AMERICAN EXPRESS | 33 | $13,126.37 | $6,213.92 | $6,912.45 | $1,662.84 |
| 2 | AMERICAN EXPRESS | 33 | $1,168.74 | $553.27 | $615.47 | $148.06 |
| 3 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK USA N | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $5,679.73 | $2,688.74 | $2,990.99 | $719.51 |
| 6 | DEPARTMENT STORE NATIONAL BANK/MACY'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,019.36 | $482.56 | $536.80 | $129.13 |
| 8 | LVNV FUNDING, LLC | 33 | $246.23 | $116.56 | $129.67 | $31.19 |
| 9 | GREENSKY #3877 | 33 | $8,426.57 | $3,989.08 | $4,437.49 | $1,067.47 |
| 10 | DEPARTMENT OF THE TREASURY | 28 | $31,259.00 | $31,259.00 | $0.00 | $11,772.25 |
| 11 | MERCEDES-BENZ FINANCIAL SERVICES | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | ROCKET MORTGAGE, LLC | 24 | $418.58 | $418.58 | $0.00 | $0.00 |
| 14 | LVNV FUNDING, LLC | 33 | $9,348.42 | $4,425.47 | $4,922.95 | $1,184.25 |
| 15 | STATE OF NEW JERSEY | 28 | $5,469.08 | $5,469.08 | $0.00 | $2,042.91 |
| 16 | TRANSUNION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | VW CREDIT LEASING, LTD | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | THOMAS G. EGNER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | DAIMLER TRUST | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | LVNV FUNDING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | U.S. DEPARTMENT OF EDUCATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | DEPARTMENT OF THE TREASURY | 33 | $23,284.91 | $11,022.89 | $12,262.02 | $2,949.72 |
| 25 | VW CREDIT LEASING, LTD | 28 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | VERIZON BY AMERICAN INFOSOURCE | 33 | $68.52 | $32.44 | $36.08 | $8.68 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2021 | 10.00 | $0.00 |
| 06/01/2022 | Paid to Date | $19,516.48 |
| 07/01/2022 | 1.00 | $1,949.00 |
| 08/01/2022 | 48.00 | $1,966.00 |
| 08/01/2026 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $24,000.00 |
| Total paid to creditors this period: | $21,716.01 |
| Undistributed Funds on Hand: | $1,800.01 |
| Arrearages: | ($2,437.00) |
| Attorney: | MC DOWELL LAW, PC |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**