UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
**Mark S. Owen**

Case No.                **21-15927**

Chapter:                      **13**

Judge:

## CERTIFICATION IN SUPPORT OF DISCHARGE

I,      **Mark S. Owen**      , debtor in this case certify as follows:

1.        All payments required to be made by me under my plan have been made and are paid in full.

2.    ☑    I am not required to pay domestic support obligations.

     ☐    I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date:    **July 10, 2026**                    **/s/ Mark S. Owen**
                                             **Mark S. Owen**
                                             Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*